**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

United States of America

    v.                                                       Case No. 2:17-cr-268-1

Christopher A. Braden                           Judge James L. Graham

## **ORDER**

       The above Defendant, having been sentenced in this Court on June 8, 2018 for a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), at which time Defendant was sentenced to a term of imprisonment, to be followed by a three-year term of supervised release; and a petition for the revocation of the supervised release of Defendant having been filed in this Court on September 29, 2021, as amended on January 28, 2022 to recommend a modification of the conditions of supervision.

       Defendant appeared before this Court on March 4, 2022, with counsel, at the hearing on this matter.

       IT IS THEREFORE ORDERED AND ADJUDGED that Defendant is sentenced to time served.

       IT IS FURTHER ORDERED that Defendant's term of supervised release shall continue under all original terms and conditions and shall be modified to include the requirement that Defendant shall complete alcohol and drug treatment as recommended by Lighthouse Behavioral Health Solutions, to include placement in their residential community and completion of any recommended aftercare.

       IT IS FURTHER ORDERED that a certified copy hereof shall serve as a commitment herein.

                                                                 /s/ James L. Graham
                                                                 JAMES L. GRAHAM
                                                                 United States District Judge

DATE: March 7, 2022